**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

Criminal Case No.  15-CR-00010-DLW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1.  BERNARD LOUIS PENA,

Defendant.

**ORDER RE: MOTION TO WITHDRAW AS COUNSEL [DOC. #12]**

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court has received and reviewed the Motion to Withdraw as Counsel [Doc. #12] filed by Edward Harris of the Federal Public Defender's Office, and

**IT IS HEREBY ORDERED** that said Motion [Doc. #12] is **GRANTED**.

**DATED:   January 9, 2014.**

                                        BY THE COURT:

                                        s/David L. West
                                        United States Magistrate Judge